Case: 1:19-cv-05867 Document #: 10 Filed: 12/02/19 Page 1 of 7 PageID #:34

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION



FILED
DEC 0 2 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

KENNETH B. WALLACE JR
_____
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: 19 C 5867
(To be supplied by the Clerk of this Court)

OFFICERS OF BLUE ISLAND
POLICE DEPT. (ONE ARRESTING
OFFICER) NAME (UNKNOWN)
ET. AL.,
DET. SANCHEZ ET. AL.,
CHICAGO POLICE DETECTIVE.

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:   AMENDED COMPLAINT

  ✓   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
       U.S. Code (state, county, or municipal defendants)

  ___  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
       28 SECTION 1331** U.S. Code (federal defendants)

  ___  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: KENNETH B. WALLACE JR

B. List all aliases: _____

C. Prisoner identification number: 20190703231

D. Place of present confinement: COOK COUNTY JAIL

E. Address: 2600 S. CALIFORNIA, CHGO IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: BLUE ISLAND POLICE OFFICER

   Title: DETECTIVE OR OFFICER (NOT SURE)

   Place of Employment: BLUE ISLAND POLICE DEPARTMENT

B. Defendant: CITY OF BLUE ISLAND / CITY OF CHICAGO

   Title: N/A

   Place of Employment: N/A

C. Defendant: DET. SANCHEZ

   Title: POLICE OFFICER

   Place of Employment: CHICAGO POLICE DEPT.

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: KENNETH WALLACE V. CHICAGO POLICE OFFICERS HIGLIO & PATNER

    B. Approximate date of filing lawsuit: AROUND 2013

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases:

    D. List all defendants: DET. HIGLIO & PARTNER

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): UNITED STATES DISTRICT COURT (NORTHERN)

    F. Name of judge to whom case was assigned: JUDGE: ST. EVE

    G. Basic claim made: CHICAGO POLICE RAN MY LEG OVER WHEN THEY PLACED ME UNDER ARREST. THE SUV ROLLED OVER MY ANKLE.

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): DECIDED FOR POLICE DEPT. IN TRIAL.

    I. Approximate date of disposition: SEPT 2015

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

BLUE ISLAND POLICE CAME TO MY HOME AND ARRESTED ME ON MY FRONT YARD FOR THE CHICAGO POLICE DEPT. WHO HAD PLACED AN INVESTAGATIVE ALERT IN THE CITY'S INTER-DEPARTMENTAL COMPUTER. THE ALERT WAS THE RESULT OF A 2017 AUTO-BURGLARY THAT I WAS ACCUSED TO HAVE TAKEN PART OF. THE DETECTIVE IN THIS CASE LIED ABOUT THE REAL REASON HE WANTED TO TALK TO ME. HE STATED THAT I MAY HAVE WITNESSED A CRIME BEING COMITTED ON A CTA BUS STOP THAT MY TRUCK WAS PARKED NEAR. WHEN I TOLD HIM THAT I DON'T RECALL BEING IN ANY AREA WHERE A CRIME ACURRED, HE THEN STATED THAT I WAS ON CAMERA TALKING TO A MAN ON CHICAGO AVE WHO GOT ON A BUS AND HIT THE BUS DRIVER. I SAID THAT THAT WAS IMPOSSIBLE BECAUSE I DON'T GO AROUND TALKING TO PEOPLE I DON'T KNOW ESPECIALLY ON A BUS STOP. DET. SANCHEZ THEN TOLD ME "OK" STAY OUT OF TROUBLE,

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Detective Sanchez ended our phone call with those words as if he was done. That conversation took place around August of 2017. About two or three weeks later another officer by the name of Williams from 63rd or 61st and Racine started calling my wife (because Sanchez told him too) saying I was under some kind of investigation with him also. They both kept calling me telling myself or my wife that they was gonna get a warrant for my arrest. This went on for months (about eight) and then nothing until almost ten month went past. In May of 2018 the Blue Island Police Dept. shows up at my home and says that the Chicago Police called them and told them to arrest me because I was wanted for an investigation. They handcuffed me and had me stand by the police car while they talked back and forth with the 12th Dist. to try and figure out why they were arresting me in the first place because they could not find a warrant in the data base. After about 20 to 30 mins they told me that C.P.D. said only that I had an investigative alert out for my arrest. I stated that I had never heard of this and was that a type of warrant? The officer stated he did not know and arrested me took me to Blue Island Police Department where he put me in a cell without any formal booking, prints or my rights being read. I was held for at least a couple of hours in a cell without being documented as even being there. My friend call Blue Island Police Department to see what was going on and was told they had no record of me being there. Chicago P.D. picked me up held me for a few more hours (about 10 pm) before Detective Sanchez charged me with burglary to an auto about eight months after this was supposed to happen. The Blue Island Police Dept. violated my 5th and 14th amendment rights along with my fourth amendment rights because they did not have any info as to why they was arresting me at all when they got to my yard, and once they carried out the arrest it was based on vague info which violated my right to due process. Blue Island arrested me falsely and then falsely imprisoned me without even reading me my rights. That would be hard to do since they did not even have the slightest idea of why they was taking me to thier jail. I don't have that officers name because they did not put any names of any officers on the Blue Island police report. The only thing it says is I was arrested for an investigative alert. My wife has that report. Det. Sanchez violated my 4th, 5th and 14 amendment rights because he put the alert out and did not get a warrant for months upon months violating my right to due process. Det. Sanchez perfers investagative alerts over warrants as evident in the months of threats to me that he would get a warrant. I hope this is better Judge Tharp. Thanks. K. Wallace JR

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I WOULD LIKE CHICAGO TO STOP USING IVESTAGATIVE ALERTS. THIS VIOLATES THE LAW AND LEADS TO OTHER POLICE DEPARTMENTS TO DO THE SAME. I WOULD LIKE TO BE COMPENSATED FOR THE TIME I HAVE BEEN LOCKED-UP AND THE LOSS OF MY JOB AND MY HOME. PLUS LEGAL FEES.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 18TH day of NOV, 20 19

Kenneth Wallace
(Signature of plaintiff or plaintiffs)

KENNETH B. WALLACE JR.
(Print name)

20190703231
(I.D. Number)

C.C.D.O.C
2600 SOUTH CALIFORNIA
CHGO, IL 60608
(Address)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Kenneth B. Wallace Jr.
(019070303)
C.C.D.O.C
2600 S. California
Chgo, IL 60608

LEGAL MAIL

12/02/2019-87

RECEIVED
DEC 0 2 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District of Illinois
(Prisoner Correspondence)
219 South Dearborn St.
Chicago, IL 60604